# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| ROBERT J. EGIZIO, | : No. 83 WAL 2022 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| | : |
| CONSOL PENNSYLVANIA COAL | : |
| COMPANY, LLC (WORKERS' | : |
| COMPENSATION APPEAL BOARD), | : |
| | : |
| Petitioner | : |

## **ORDER**

**PER CURIAM**

  **AND NOW**, this 30th day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.